MATTHEW J. WILES (270253)
FRANTZ WARD LLP
20 E. Broad Street, Suite 200
Columbus, OH 43215
mwiles@frantzward.com
Ph: (614) 300-5277

Attorney for Defendant Total Quality Logistics, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANZA RE, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> TOTAL QUALITY LOGISTICS, LLC, <br><br> Defendants. | CASE NO. 3:25-10383-SK <br><br> MAGISTRATE JUDGE SALLIE KIM <br><br> **DECLARATION OF MARC BOSTWICK IN SUPPORT OF DEFENDANT TOTAL QUALITY LOGISTICS, LCC'S MOTION TO DISMISS** |

## DECLARATION OF MARC BOSTWICK

I, Marc Bostwick, declare as follows:

1.     I am the Risk Manager for Defendant TQL.

2.     Attached hereto as Exhibit A is a true and accurate copy of the contract between TQL and Plaintiff Anza Re, LLC which was executed August 7, 2024 and contains terms and conditions that apply to all transportation services provided.

3.     The contract between the parties and attached hereto as Exhibit A was signed electronically by Plaintiff's Senir Supply Chain Analyst, Gina Edwards.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 10th Day of December 2025.

DECLARATION OF MARC BOSTWICK ISO DEFENDANT TOTAL QUALITY LOGISTICS, LLC'S MOTION TO DISMISS

*Marc Bostwick*
_____

MARC BOSTWICK

2.

DECLARATION OF MARC BOSTWICK ISO DEFENDANT TOTAL QUALITY LOGISTICS, LLC'S MOTION TO DISMISS