MATTHEW J. WILES (270253)
FRANTZ WARD LLP
20 E. Broad Street, Suite 200
Columbus, OH 43215
mwiles@frantzward.com
Ph: (614) 300-5277

Attorney for Defendant Total Quality Logistics,
LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANZA RE, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> TOTAL QUALITY LOGISTICS, LLC, <br><br> Defendants. | CASE NO. 3:25-10383-SK <br><br> MAGISTRATE JUDGE SALLIE KIM <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT TOTAL QUALITY LOGISTICS, LLC'S MOTION TO DISMISS** |

**[PROPOSED] ORDER**

Defendant Total Quality Logistics, LLC's ("TQL") Motion to Dismiss Plaintiff Anza Re, LLC's ("Anza") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(3) on forum non conveins grounds came for hearing on January 26 at 9:30am in the courtroom of the above-captioned court, Magistrate Judge Sallie Kim presiding. Appearances are reflected in the record.

The Court considered the filings in support and opposition to the Motion, all evidence set forth therein, the arguments of counsel, and all other matters properly before the Court, and for good cause, hereby GRANTS TQL's Motion to Dismiss.

IT IS HEREBY ORDERED as follows:

1. Defendant's Motion to dismiss is GRANTED; and

2. Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

[PROPOSED] ORDER GRANTING DEFENDANT TOTAL QUALITY LOGISTICS, LLC'S MOTION TO DISMISS

**IT IS SO ORDERED.**


DATED: _____                    _____
                                            HON. SALLIE KIM
                                            United States District Court Judge

Presented by:


By: */s/ Matthew J. Wiles*
Matthew J. Wiles (CA Bar No. 270253)
FRANTZ WARD LLP
20 E. Broad Street, Suite 200
Columbus, OH 43215
mwiles@frantzward.com
Ph: (614) 300-5277

*Attorney for Defendant Total Quality Logistics, LLC*

2.

[PROPOSED] ORDER GRANTING DEFENDANT TOTAL QUALITY LOGISTICS, LLC'S MOTION TO DISMISS