MATTHEW J. WILES (270253)
FRANTZ WARD, LLP
20 E. Broad Street, Suite 200
Columbus, OH 43215
mwiles@frantzward.com
Ph: (614) 300-5277

Attorney for Defendant Total Quality Logistics, LLC

---

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| ANZA RE, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>TOTAL QUALITY LOGISTICS, LLC,<br><br>    Defendant. | CASE NO. 3:25-CV-10383-TLT<br><br>**DISCLOSURE OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP (Local Rule 3-15)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, the citizenship of the following individuals or entities is attributed to the party submitting this certification:

| Individual/ Entity | Citizenship of Individual/Entity |
|---|---|
| KGBO Holdings, Inc. | Ohio |
| MJZ Holdings, LLC | Ohio |
| KMB Holdings LLC | Ohio |

The members of MJZ Holdings, LLC and KMB Holdings, LLC are all citizens of Ohio.

| | |
|---|---|
| March 10, 2026 | /s/ Matthew J. Wiles |
| Date | Signature |
| | *Attorney for Defendant Total Quality Logistics, LLC* |