UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANZA RE, LLC,

        Plaintiff,

    v.

TOTAL QUALITY LOGISTICS, LLC,

        Defendant.

Case No.  25-cv-10383-TLT

**ORDER GRANTING STIPULATON AND REMANDING TO STATE COURT**
Alameda County Superior Court, 25CV140363

Re: Dkt. Nos. 10, 21, 40

PURSUANT TO STIPULATION by and between the Parties, through their respective counsel, as follows:

1. The Parties agree that this Court lacks subject matter jurisdiction over this action because complete diversity of citizenship does not exist.

2. The Parties consent to and jointly request that this Court remand this action to the Alameda County Superior Court, Case No.  25-CV-140363, from which it was removed.

3. The Parties agree that each party shall bear its own fees and costs associated with the removal and remand of this action.

The stipulation is granted.  All previously set dates are hereby vacated.

This order resolves ECF 10, 21, and 40.

The Clerk of the Court is ordered to process the transfer and thereafter close and terminate the case.

**IT IS SO ORDERED.**

Dated: March 25, 2026

_____
TRINA L. THOMPSON
United States District Judge